IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00717 RPM-MJW

ROBIN D. CHAPLIN, an individual,

       PLAINTIFF,

v.

ESTES PARK MEDICAL CENTER, a Colorado non-profit corporation,

       DEFENDANT.

---

**ORDER GRANTING STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT**

---

Upon consideration of the Stipulation for Leave to File Amended Complaint [7], filed on June 2, 2008, it is

ORDERED that the motion is granted and Plaintiff will file her Amended Complaint by June 23, 2008.

Dated this 3rd day of June, 2008.

       BY THE COURT:

       s/Richard P. Matsch

       _____
       Richard P. Matsch
       DISTRICT COURT JUDGE