IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00717-RPM

ROBIN D. CHAPLIN,

    Plaintiff,

v.

PARK HOSPITAL DISTRICT, INC., a Colorado non-profit corporation,
d/b/a ESTES PARK MEDICAL CENTER,

    Defendant.

## ORDER FOR DISMISSAL OF CERTAIN CLAIMS

Pursuant to the Stipulated Motion to Dismiss [14] filed on September 29, 2008, it is

ORDERED that Plaintiff Chaplin's claims for fraud, fraudulent concealment and constructive discharge against Defendant Park Hospital District are dismissed with prejudice.

Dated: October 2nd, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

.                             Richard P. Matsch, Senior District Judge