**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              September 29, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 08-cv-0717-RPM

ROBIN D. CHAPLIN,                                              Bryan E. Kuhn

      Plaintiff,

v.

ESTES PARK MEDICAL CENTER, a Colorado non-profit corporation,   Peter A. Sabey
d.b/a Estes Park Medical Center,

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Defendant's Motion for Summary Judgment**

**3:29 p.m.      Court in session.**

Court's preliminary remarks and states its understanding of the case facts and claims.

3:30 p.m.      Mr. Sabey states the four remaining claims are ADA, FMLA interference, breach of contract and promissory estoppel.

Argument by Mr. Sabey.

3:45 p.m.      Argument by Mr. Kuhn.

Clarifying statements by Mr. Sabey.
Continued argument by Mr. Kuhn.

3:57 p.m.      Rebuttal argument by Mr. Sabey.

**Court states ADA claim will be dismissed.**

**ORDERED:  Motion for Summary Judgment, filed October 2, 2008 [16], is under advisement.**

**4:16 p.m.      Court in recess.**     Hearing concluded.  Total time: 47 min.