IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00717-RPM

ROBIN D. CHAPLIN,

    Plaintiff,

v.

PARK HOSPITAL DISTRICT, INC., a Colorado non-profit corporation,
d/b/a ESTES PARK MEDICAL CENTER,

    Defendant.

---

ORDER DENYING MOTION FOR TRANSCRIPT

---

    On December 2, 2009, defendant filed a Motion for Order Requiring Plaintiff to Order Transcript of September 29, 2009 Hearing on Defendant's Motion for Summary Judgment [31].  The request is for a transcript of an oral argument.  Need for that has not been shown.  It is therefore

    ORDERED that the motion is denied.

    Dated: December 29th, 2009

                      BY THE COURT:

                      s/RichardP. Matsch

                      _____
.                     Richard P. Matsch, Senior District Judge